IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STEPHEN L. MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:05-CV-01131-DRB |
| | ) | [WO] |
| RELIASTAR LIFE INSURANCE COMPANY, a corporation; and MEADWESTVACO CORPORATION | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

After consideration of the *Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint* (Doc. 9, filed January 12, 2006), for good cause, it is hereby

**ORDERED** that the *Motion* (Doc. 9) is **GRANTED** and the Defendant, MeadWestvaco Corporation, shall file its initial responsive pleading not later than January 24, 2006.

Done this 20th day of January, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE