IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
STEPHEN L. MILLER,            )
                              )
    Plaintiff,                )
                              )
                              )    CIVIL ACTION NO.
    v.                        )     2:05cv1131-MHT
                              )         (WO)
RELIASTAR, LIFE INSURANCE     )
COMPANY, a corporation, and   )
MEAD WESTVACO CORPORATION,    )
                              )
    Defendants.               )
```

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The joint motion for dismissal (Doc. No. 18) is granted.

(2) The claims brought by plaintiff Stephen L. Miller against defendant Mead Westvaco Corporation are dismissed without prejudice, with the parties to bear their own costs.

(3) The case will proceed against the remaining defendant, Reliastar Life Insurance Company.

It is further ORDERED that defendant Mead Westvaco Corporation's motion to dismiss (Doc. No. 14) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 15th day of February, 2006.


       /s/ Myron H. Thompson  
    **UNITED STATES DISTRICT JUDGE**