IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
STEPHEN L. MILLER,             )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )      2:05cv1131-MHT
                               )           (WO)
RELIASTAR LIFE INSURANCE       )
COMPANY, a corporation,        )
                               )
    Defendant.                 )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) Defendant ReliaStar Life Insurance Company's motion for summary judgment (doc. no. 29) is granted.

(2) Summary judgment is entered in favor of defendant ReliaStar Life Insurance Company and against plaintiff Stephen L. Miller, with plaintiff Miller taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Miller, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 21st day of November.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE