IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STEPHEN L. MILLER,            ) | |
| ) | |
|    Plaintiff,              ) | |
| ) | CIVIL ACTION NO. |
| v.                            ) | 2:05cv1131-MHT |
| ) | (WO) |
| RELIASTAR LIFE INSURANCE      ) | |
| COMPANY, a corporation,       ) | |
| ) | |
|    Defendant.              ) | |

ORDER

It is ORDERED that the last part of the last sentence on page 11 of the opinion entered on November 21, 2006 (doc. no. 44), is amended to read as follows: "... thus is inadequate for this court to hold that Reliastar's decision denying benefits was wrong."

DONE, this the 22nd day of November, 2006.

                                     /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE